# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Franet,

    Plaintiff,

 v.

County of Alameda Social Services Agency et al,

    Defendant.

——————————————————————/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704

Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612

Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612

Dated: June 24, 2005

       Richard W. Wieking, Clerk
       By: Wings Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Franet,

               Plaintiff,

  v.

County of Alameda Social Services Agency et al,

               Defendant.

_____/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704


Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612


Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612


Dated: June 24, 2005

Richard W. Wieking, Clerk
By: Wings Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Franet,

                Plaintiff,

   v.

County of Alameda Social Services Agency et al,

                Defendant.

_____/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704


Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612


Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612


Dated: June 24, 2005

                Richard W. Wieking, Clerk
                By: Wings Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Franet,

           Plaintiff,

  v.

County of Alameda Social Services Agency et al,

           Defendant.

———————————————————————/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704


Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612


Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612


Dated: June 24, 2005

                        Richard W. Wieking, Clerk
                        By: Wings Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Franet,

                Plaintiff,

   v.

County of Alameda Social Services Agency et al,

                Defendant.

_____/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704


Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612


Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612


Dated: June 24, 2005

                Richard W. Wieking, Clerk
                By: Wings Hom, Deputy Clerk

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Franet,

                        Plaintiff,

   v.

County of Alameda Social Services Agency et al,

                        Defendant.

_____/

Case Number: CV02-03787 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frances S. Kaminer
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704

Mary Ellen Gormley
Office of the County Counsel County of
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612

Sandra L. Smith
Office of the County Counsel - Alameda County
1221 Oak Street
Suite 450
Oakland, CA 94612

Dated: June 24, 2005

                        Richard W. Wieking, Clerk
                        By: Wings Hom, Deputy Clerk