E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FRANET, | No. C 02-3787 MJJ (JL) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ALAMEDA COUNTY SOCIAL SERVICE, ET AL., | |
| Defendants. | |

TO COUNSEL FOR DEFENDANT:

You are hereby ordered to appear and show cause on Wednesday June 29 at 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, why this Court should not impose sanctions for counsel's failure to appear at the settlement conference in this case on June 23, 2005.

DATED: June 24, 2005

JAMES LARSON
United States Magistrate Judge

C-02-3787 ORDER TO SHOW CAUSE      1