1  S. D. Narayan, Esq. (SBN 130964)
   Shiva Tavakoli, Esq. (SBN 184264)
2  THE NARAYAN LAW FIRM
   1212 Broadway, Suite 704
3  Oakland, California 94612
   Telephone: (510) 839-5350
4  Facsimile: (510) 839-5355

5  Attorneys for Defendants
   COUNTY OF ALAMEDA, (sued erroneously herein
6  as County of Alameda Social Services Agency), and
   KAREN CASTRO
7

*E-filing*

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9

10 JENNIFER FRANET,                    Case No.: C02-3787-MJJ

11        Plaintiff,                   **APPLICATION FOR
                                       SUBSTITUTION OF ATTORNEY**
12 v.

13 ALAMEDA COUNTY SOCIAL
   SERVICES, et al.,
14

15        Defendants.
                                    /
16

17     Defendants COUNTY OF ALAMEDA, (sued erroneously herein as County of

18 Alameda Social Services Agency), and KAREN CASTRO hereby present the following

19 application for substitution of attorneys:

20     Former legal representative:     Sandra L. Smith, Esq.
                                        Office of the County Counsel,
21                                      County of Alameda
                                        1221 Oak Street
22                                      Oakland, CA 94612
                                        (510) 272-6700
23
       New legal representative:        S.D. Narayan, Esq., (SBN 130964)
24                                      Shiva Tavakoli, Esq., (SBN 184264)
                                        THE NAYARAN LAW FIRM
25                                      1212 Broadway, Suite 704
                                        Oakland, CA 94612
26                                      Telephone: (510) 839-5350
                                        Facsimile: (510) 839-5355
27                                      narayanlaw@narayanlaw.com

28 / / /

---

APPLICATION FOR SUBSTITUTION OF ATTORNEY (CA-2233)

1  I consent to this substitution.
2  Date: July 1, 2005

   On behalf of the County of Alameda

4  I consent to this substitution.
5  Date: July 1, 2005

   Sandra L. Smith, Esq.

6
7  I accept this substitution.
   Date: 6/30/05
8
   S.D. Narayan, Esq.
   Shiva Tavakoli, Esq.

**IT IS SO ORDERED**

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/21/2005
DATE