UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FRANET,<br><br>   Plaintiff(s),<br><br>   v.<br><br>COUNTY OF ALAMEDA SOCIAL SERVICES AGENCY, et al.,<br><br>   Defendant(s). | No. C 02-3787 MJJ (BZ)<br><br>**SCHEDULING ORDER** |

On May 25, 2006, the Honorable Martin J. Jenkins referred to me for a report and recommendation plaintiff's motion for attorneys' fees and defendants' motion for attorneys' fees. **IT IS HEREBY ORDERED** that any opposition to either motion shall be filed no later than **June 20, 2006**. A reply, if any, shall be filed by **June 29, 2006**. A hearing is scheduled for **July 19, 2006, at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  June 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FRANET\SCH.ORD.wpd

1